APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____10-1304_____

NORRIS HOLDER, Appellant

_____

vs.

UNITED STATES OF AMERICA, Appellee

_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** ___Norris Holder, appellant_____

_____

s/ Michael J. Gorla
_____
**ATTORNEY NAME**

_____
**FIRM NAME**

720 Olive Street, Suite 1630
_____
**STREET or P.O. BOX**

St. Louis, Missouri 63101
_____
**CITY, STATE, ZIP**

(314) 621-1617
_____
**OFFICE PHONE NUMBER**

(314) 621-7448
_____
**FACSIMILE NUMBER**

mjgorla@msn.com
_____
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on February 12, 2010 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____ .

s/ Michael J. Gorla
_____