UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,     )
            )
     Appellant,  )
            )
  vs.       )  Appeal No. 10-1304
            )
UNITED STATES OF AMERICA,  )
            )
     Appellee.  )

## **METHOD OF APPENDIX PREPARATION NOTICE**

COMES NOW appellant, by and through counsel, and hereby givens notice that appellant

will prepare and submit a separate appendix with his opening brief.

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Appointed Counsel for Norris Holder*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit, by using the CM/ECF system. Registered CM/ECF users Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys, will be served by the CM/ECF system

/s/ Michael J. Gorla