UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT

NORRIS HOLDER, )
)
              Appellant, )
)     Appeal No. 10-1304
vs. )
)     *This is a Capital Case.*
UNITED STATES OF AMERICA, )
)
              Appellee. )

## MOTION TO SET ASIDE APPOINTMENT OF COUNSEL CHRISTOPHER E. McGRAUGH AND FOR APPOINTMENT OF COUNSEL JOSEPH W. LUBY OF THE PUBLIC INTEREST LITIGATION CLINIC

Comes Now undersigned counsel, Christopher E. McGraugh, and requests this Court to set aside the appointment of counsel as attorney of record for appellant and requests this Court to appoint Joseph W. Luby of the Public Interest Litigation Clinic. In support of this motion, counsel states as follows:

1.     Counsel was appointed to represent Appellant in the filing and prosecution of his Petition pursuant to 28 U.S.C. § 2255.

2.     Appellant's Notice of Appeal was filed by undersigned counsel and co-counsel Michael Gorla on February 8, 2010. This Court has appointed undersigned counsel to represent Appellant in his appeal from the order of the District Court denying his Petition pursuant to 28 U.S.C. § 2255. Counsel has not entered his appearance to date.

3.     The Federal Death Penalty Resource Counsel Project (FDPRC) is a program of the Office of the Defender Services of the Administrative Office of the United States (AOUSC) designed to assist the federal courts, federal defenders and appointed counsel in connection with matters related to the defense function of federal

capital cases.  The Federal Capital Habeas Project (hereinafter "Project") works in connection with the FDPRC as the projects recruits, consults and trains qualified lawyers to represent men and women on federal death row in 28 U.S.C. § 2255 proceedings and other post-conviction challenges in federal capital cases.  The project supports the work of 2255 counsel by lending assistance, developing legal strategies, advising counsel on navigating logistic issues in 2255 cases and providing model pleadings.  The Project also works with 2255 counsel to develop and advance substantive legal issues in the relatively new area of habeas litigation.

4.      During the pendency of Appellant's 2255 Petition, the Project sought and reviewed all pleadings filed on behalf of the Appellant in District Court.  Accordingly, the Project consulted and offered advice and assistance to Appellant's counsel as well as, with the consent of appointed counsel, conferred with Appellant.

5.      The Project has consulted with Appellant and it is undersigned counsel's belief that a recommendation was made to Appellant that the Public Interest Litigation Clinic (hereinafter PILC) be appointed to represent Appellant in the prosecution of his appeal.

6.      Appellant desires to accept the Project's recommendation and requests that the PILC, particularly Joseph W. Luby, represent him in the handling and prosecution of this appeal.

7.      Undersigned counsel believes that this appeal would not accommodate appointment of three counsel to represent Appellant.  Undersigned counsel will acquiesce to Appellant's request and withdraw to permit the appointment of attorney Joseph W. Luby from the PILC.

8. Attorney Joseph W. Luby of the PILC has indicated his willingness to accept the appointment as counsel to represent Appellant in the prosecution of his appeal.

WHEREFORE, undersigned counsel requests this Court to set aside the appointment of Christopher E. McGraugh as attorney of record for the Appellant and requests this Court to appoint in his place Joseph W. Luby of the Public Interest Litigation Clinic and for further orders the Court deems just and proper.

Respectfully Submitted,

LERITZ, PLUNKERT & BRUNING, P.C.

By: /s/ Christopher E. McGraugh
CHRISTOPHER E. McGRAUGH, #25278
555 Washington Avenue, Suite 600
St. Louis, MO 63101
(314) 231-9600
(314) 231-9480 - Facsimile

COUNSEL FOR NORRIS HOLDER

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Steven Holtshouser, Esq.
Mr. Joseph Landolt
Assistant United States Attorney
111 South 10th Street
20th Floor
St. Louis, Missouri 63102

/s/Christopher E. McGraugh