# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)
_____

## ORDER

The motion of Mr. Christopher E. McGraugh for leave to withdraw as one of appellant's

appointed attorneys is granted, and Mr. Joseph Luby is appointed under the Criminal Justice Act

to serve as one of appellant's attorneys.

February 17, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans