**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-1304** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**MOTION FOR AN EXTENSION OF TIME WITHIN**
**WHICH TO FILE APPELLANT'S BRIEF**

Appellant Norris G. Holder respectfully requests that the Court grant him a sixty-day extension of time to file his brief in this capital case, so that appellant's brief would be due on or before June 21, 2010. Appellant states as follows in support of this motion:

1.      Death-sentenced prisoner Norris Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255. Mr. Holder's opening brief is currently due April 21, 2010.

2.      The issues in this appeal are numerous and complex, legally as well as factually. The district court granted a certificate of appealability on five separate claims for relief. In addition, undersigned counsel anticipate that they will move this Court for an expanded certificate of appealability, and counsel intend to do so promptly.

3.	Counsels' competing duties in other capital cases, coupled with the complexity of the present case, reasonably justify an extension of the briefing deadline. During the past 30-45 days, counsel Gorla, who is a sole practitioner, has managed an active federal, state and municipal caseload, and has done extensive work in *Richard Strong v. Don Roper*, No. 4:08CV1917 JCH (E.D. Mo.), a capital habeas case, and in the following federal felony prosecutions in the Eastern District of Missouri: *United States v. Karin Ratliff*, No. 4:09CR808 CAS; *United States v. Michael Yocum*, No. 4:09CR309 JCH; *United States v. Mario Wright*, No. 4:09CR608 CAS; and *United States v. Monte Gummels*, No. 4:10CR220 HEA. Likewise, counsel Luby has been hampered by pressing obligations in other death penalty cases, including those of Arkansas prisoner Bruce Earl Ward (reply and supplemental briefs in support of petition for writ of certiorari in U.S. Case No. 09-8914, cert denied April 5, 2010; extensive *coram nobis* filings in Arkansas Supreme Court filed April 2, 2010, concerning Mr. Ward's retrospective competency to stand trial, Case Nos. CR91-36, CR98-657; and intervention in lethal injection litigation in state and federal court); Missouri prisoner Andre V. Cole (Eighth Circuit Case No. 09-1213, oral argument on April 12, 2010, on capital habeas appeal); and Missouri prisoner John E. Winfield (reply in support of petition for writ of certiorari filed March 24, 2010 in U.S. Case No. 09-9009; application for Eighth Circuit authorization to file second or successive

petition for writ of habeas corpus currently in process; discovery obligations in lethal injection litigation in *Ringo et al. v. Lombardi et al.*, No. 2:09-cv-4095-NKL).

4. Counsel assure the Court that the purpose of this motion is not to unnecessarily delay these proceedings, but instead, to ensure that the numerous and complex issues involved in this appeal are developed and briefed in a thorough and competent manner.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would due on or before June 21, 2010.

Respectfully submitted,

/s/ Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

<u>/s Joseph W. Luby </u>
Joseph W. Luby

*Counsel for Appellant*