**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 14, 2010

Mr. Michael J. Gorla
Suite 1630
720 Olive Street
St. Louis, MO  63101-0000

Mr. Joseph Luby
PUBLIC INTEREST LITIGATION CLINIC
6155 Oak Street
Suite C
Kansas City, MO  64113-0000

     RE:  10-1304  Norris Holder v. United States

Dear Counsel:

     Your motion to expand certificate of appealability has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

     Michael E. Gans
     Clerk of Court

YML

cc:   Mr. Norris G. Holder
      Mr. Steven E. Holtshouser
      Mr. Roger Alan Keller Jr.
      Mr. Joseph M. Landolt

     District Court/Agency Case Number(s):  4:03-cv-00923-ERW