NORRIS G. HOLDER ,       )
                                  )

    Appellant,          )
                                  )

       v.               )  NO. 10-1304 EMSL
                                  )

UNITED STATES OF AMERICA,   )
                                  )

                                  )

   Appellee.          )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION TO EXPAND CERTIFICATE OF APPEALABILITY

COMES NOW the United States of America, by and through its undersigned counsel, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Joseph M. Landolt, Assistant United States Attorneys for said District, and pursuant to Federal Rules of Appellate Procedure 26(b) and 27(a)(3)(A), hereby submits its request for an additional thirty (30) days to respond to Petitioner's Motion to Expand Certificate of Appealability ("the motion") as follows:

1. The Government received the motion by operation of the Court's electronic filing system on May 14, 2010.

2. Lead counsel for the Government, Stephen E. Holtshouser, left the office on May 13, 2010, for a family vacation out of the country. AUSA Holtshouser will not return to the office until May 26, 2010.

3.  Due to a serious medical condition, Assistant United States Attorney Joseph M. Landolt has had to significantly reduce his work load within the office.  Additionally, AUSA Landolt will be receiving treatment at the Mayo Clinic in Rochester, Minnesota, and will be unavailable  during the week of June 6-12, 2010.   AUSA Landolt's medical condition will likely require that this matter be re-staffed.

4.  Petitioner has filed a twenty-six (26) page motion which seeks to expand the certificate of appealability by adding three additional claims: Claim 12C(e), that trial counsel was ineffective for failing to call a jail witness; Claim 12C(k), that trial counsel Shaw gave the penalty phase closing argument instead of co-counsel Herndon, and; Claim 12C(h), that counsel Shaw slept during portions of the trial.

5.  The claims raised in the motion entail substantial legal and factual issues.  An appropriate response will require a comprehensive and time consuming review of, *inter alia*, portions of the trial transcripts, portions of the evidentiary hearing on petitioner's §2255 motion, as well as the parties' pleadings and the district court's orders.

6.  Counsel for petitioner does not object to this request.

WHEREFORE, For the reasons stated, the Government respectfully requests an extension of time of 30 days, to June 25, 2010, in which to file its response to the motion.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

*s/Joseph M. Landolt*
JOSEPH M. LANDOLT #6484
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200


**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Michael J. Gorla, 720 Olive Street, Suite 1630, St. Louis, MO 63101 and Mr. Joseph W. Luby, 6155 Oak Street, Suite C, Kansas City, MO 64133.

*s/ Joseph M. Landolt*
JOSEPH M. LANDOLT
Assistant United States Attorney