# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)

---

## ORDER

The appellee's motion for an extension of time within which to respond to appellant's

application to expand certificate of appealability is granted June 25, 2010.

May 24, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans