**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-1304** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME TO FILE
A REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO
THE MOTION TO EXPAND THE CERTIFICATE OF APPEALABILITY**

Appellant Norris G. Holder respectfully requests that the Court grant him a total of twenty-one days to file a reply to the Government's opposition to Mr. Holder's motion to expand the certificate of appealability, so that the reply would be due for filing on July 15, 2010. Appellant states as follows in support of this motion:

1. Death-sentenced prisoner Norris Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255. On May 14, 2010, appellant filed a motion to expand the certificate of appealability granted by the district court. The Government filed an opposition to the motion on June 24, 2010.

2. Under Fed. R. App. P. 27(a)(4), appellant's reply is due for filing on

July 1, 2010. Appellant seeks a fourteen-day extension of this deadline.

3. The issues in this appeal are numerous and complex, legally as well as factually. Mr. Holder seeks to expand the COA to include three additional claims. The Government's response is 21 pages in length, not including the two exhibits, which consist of the district court's merits rulings that span 137 pages.

4. Counsels' competing duties in other cases, coupled with the complexity of the present case, reasonably justify an extension of the reply deadline. Counsel Gorla, a sole practitioner with an active federal, state and municipal practice, has numerous deadlines to meet in the coming weeks, including, but not limited to, preparing sentencing memoranda in *United States v. Monte Gummels*, No. 4:09CR608 HEA, and *United States v. Gerard Voelker*, No. 4:09CR742 RWS, felony prosecutions pending in United States District Court for the Eastern District of Missouri. Counsel Luby faces competing obligations in other death penalty cases including, but not limited to, *Ringo et al. v. Lombardi et al.*, W.D. Mo. No. 2:09-cv-4095-NKL (discovery in lethal injection case, with related filings anticipated in the Missouri Supreme Court), as well as *coram nobis* and other litigation on behalf of Arkansas capital prisoner Bruce Earl Ward (Arkansas Supreme Court Case Nos. CR91-36, CR98-657; motion to recall the mandate anticipated in *Ward v. Norris*, 8th Circuit Case No. 07-2015).

4. Counsel assure the Court that the purpose of this motion is not to

unnecessarily delay these proceedings, but instead, to ensure that the Court reaches a fully-informed ruling of the pending motion.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's reply in support of his motion to expand the certificate of appealability would be due on or before July 15, 2010.

Respectfully submitted,

/s/ Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*