**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-1304** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

<u>**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**</u>

Appellant Norris G. Holder respectfully requests that the Court grant him an extension of sixty days within which to file his brief in this matter, so that the brief would be due on or before October 12, 2010.

1.     Death-sentenced prisoner Norris Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255. Mr. Holder's opening brief is currently due August 10, 2010.

2.     The issues in this appeal are numerous and complex, legally as well as factually. The district court granted a certificate of appealability on six separate claims for relief, encompassing both phases of trial. The court's dispositive order denying relief is 100 pages in length, and its order denying the Rule 59(e) motion is 37 pages in length.

3.     Counsels' competing duties in other capital cases, coupled with the

complexity of the present case, reasonably justify an extension of the briefing deadline. During the past thirty days, Attorney Gorla, a sole practitioner, has managed an active caseload, and has done extensive work in the following federal felony cases: *United States v. Monte Gummels*, No. 4:09CR608 HEA; *United States v. Gerard Voelker*, No. 4:09CR742 RWS; and *United States v. Gary Mills*, No. 4:10CR331 SNLJ. In addition, he has competing obligations in another death penalty case, *Paul Goodwin v. Donald Roper*, No. 4:06CV848 HEA, a capital habeas case in transition from the district court to the Eighth Circuit.

4. Attorney Luby has a caseload of similarly pressing capital matters, including *State v. John E. Winfield*, Missouri Supreme Court Case No. SC81165 (motion to recall mandate and petition for writ of habeas corpus in process and to be filed shortly); *Ringo et al. v. Lombardi et al.*, W.D. Mo. No. 09-4095-CV-C-NKL (lethal injection litigation to which Mr. Winfield is a party; ongoing discovery-related duties; motion to amend complaint and add parties to be filed this date, July 30, 2010, as well as proposed amended complaint); *Bruce Earl Ward v. Larry Norris*, Eighth Circuit Case Nos. 05-4381, 07-2015 (motion to recall mandate filed July 14 in capital habeas appeal); *Ward v. State*, Arkansas Supreme Court Case Nos. CR91-36, CR98-657 (*coram nobis* proceedings filed July 16); *Jones et al. v. Hobbs*, E.D. Ark. Case No. 5:10CV00065 JLH (lethal injection litigation to which Mr. Ward is a party); *Jones et al. v. Hobbs*, Pulaski

County Circuit Court Case No. CV 2010-1118 (state court lethal injection litigation to which Mr. Ward is a party); and *Sasser et al. v. Arkansas Dept. of Corrections et al.*, E.D. Ark. Case No. 5:10-cv-00092 (motion for Mr. Ward to intervene in process and to be filed shortly).

5.     Counsel assure the Court that the purpose of this motion is not to unnecessarily delay these proceedings, but instead, to ensure that the numerous and complex issues involved in this capital case are developed and briefed in a thorough and competent manner.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would be due on or before October 12, 2010.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*