**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-1304** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**<u>MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S  BRIEF</u>**

Appellant Norris G. Holder respectfully requests that the Court grant him an extension of forty-five days within which to file his brief in this matter, so that the brief would be due on or before November 26, 2010.

1.  Death-sentenced prisoner Norris Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.  Mr. Holder's opening brief is currently due October 12, 2010.

2.  The issues in this appeal are numerous and complex, legally as well as factually.  The district court granted a certificate of appealability on six separate claims for relief, encompassing both phases of trial.  The court's dispositive order denying relief is 100 pages in length, and its order denying the Rule 59(e) motion is 37 pages in length.

3. Counsels' competing duties in other capital cases, coupled with the complexity of the present case, reasonably justify an extension of the briefing deadline. On September 3, 2010, Mr. Gorla was appointed as co-counsel for Roderick Nunley, a Missouri prisoner under a sentence of death, by District Judge Fernando Gaitan, Jr., for clemency and ancillary proceedings. *Nunley v. Bowersox*, 4:99CV08001 FJG. Mr. Nunley's execution is scheduled for October 20, 2010. Mr. Gorla's appointment was *nunc pro tunc* to August 19, 2010, and since that date, Mr. Gorla has spent the majority of his time familiarizing himself with Mr. Nunley's case, formulating legal strategy, and preparing various pleadings and documents in an attempt to stay Mr. Nunley's execution. Mr. Gorla's work on Mr. Nunley's case will only intensify as the execution date draws near.

In addition to working on Mr. Nunley's case, Mr. Gorla is also court appointed co-counsel for Paul Goodwin, another Missouri inmate under a sentence of death. Mr. Goodwin's 28 U.S.C. § 2254 petition for habeas corpus was denied by District Judge Henry E. Autrey without the issuance of a certificate of appealability on any issue. *Goodwin v. Roper*, No. 4:06CV848 HEA. Mr. Gorla entered his appearance as court appointed counsel for Mr. Goodwin in this Court (Case No. 10-2816) on August 19, 2010, and has been working, along with co-

counsel, on a motion for certificate of appealability. Mr. Gorla and his co-counsel plan to file that motion early next week.

Attorney Luby has a caseload of similarly pressing capital matters, including, but not limited to, *State v. John E. Winfield*, Missouri Supreme Court Case No. SC81165 (motion to recall mandate and petition for writ of habeas corpus filed Aug. 25, 2010); *Ringo et al. v. Lombardi et al.*, W.D. Mo. No. 09-4095-CV-C-NKL (lethal injection litigation to which Mr. Winfield is a party; ongoing discovery-related duties and continuing merits filings; State's interlocutory appeal denied by Eighth Circuit in Case No. 10-8024, on Sept. 13, 2010); *Jones et al. v. Hobbs*, Eighth Circuit Case No. 10-2899 (federal lethal injection in which Arkansas client Bruce E. Ward is a plaintiff); and *Jones et al. v. Hobbs*, Pulaski County Circuit Court Case No. CV 2010-1118 (state court lethal injection litigation to which Mr. Ward is a party).

4.  Counsel assure the Court that the purpose of this motion is not to unnecessarily delay these proceedings, but instead, to ensure that the numerous and complex issues involved in this capital case are developed and briefed in a thorough and competent manner.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would be due on or before November 26, 2010.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*