# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| NORRIS G. HOLDER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 10-1304 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Norris G. Holder respectfully requests that the Court grant him an extension of thirty days within which to file his brief in this matter, so that the brief would be due on or before December 13, 2010.

1.     Death-sentenced prisoner Norris Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.  Mr. Holder's opening brief is currently due October 12, 2010.

2.     The issues in this appeal are numerous and complex, legally as well as factually.  The district court granted a certificate of appealability on six separate claims for relief, encompassing both phases of trial.  The court's dispositive order denying relief is 100 pages in length, and its order denying the Rule 59(e) motion is 37 pages in length.

3. Counsels' competing duties in other capital cases, coupled with the complexity of the present case, reasonably justify an extension of the briefing deadline. Mr. Gorla, a sole practitioner, was appointed as co-counsel for Roderick Nunley, a Missouri prisoner under a sentence of death, on September 3, 2010. Mr. Nunley had an execution date of October 20, 2010. As the result of his duties in Mr. Nunley's case, Mr.Gorla put his private practice aside, and worked exclusively on Mr. Nunley's case for the 30 day period prior to the execution date. Following the U.S. District Court's order staying the execution and seeking clarification from the Missouri Supreme Court, the latter court set an expedited briefing and argument schedule requiring Mr. Nunley file a brief on November 19, 2010, in connection with his motion to recall the mandate in *State v. Nunley*, Case No. SC76981. Since the passing of the execution date, Mr. Gorla has spent his time catching up on his obligations in other cases, including *Goodwin v. Roper*, a capital case pending in this court (No. 10-2816), and numerous other cases in federal, state and municipal courts. While counsel has been working on his portion of the brief in this case, he needs additional time to properly complete his part.

Attorney Luby has had, and continues to have, a caseload of similarly pressing capital matters, including the task of substantially assisting Mr. Gorla and his co-counsel in seeking to stay Mr. Nunley's execution. In addition, Mr. Luby anticipates ongoing briefing in *State v. John E. Winfield*, Missouri Supreme Court

Case No. SC81165 (state's response to motion to recall mandate and petition for habeas corpus due Nov. 2, with Mr. Winfield's reply immediately thereafter); significant discovery-related responsibilities and ongoing merits briefing in *Ringo et al. v. Lombardi et al.*, W.D. Mo. No. 09-4095-CV-C-NKL (lethal injection litigation under the Controlled Substances Act and Food, Drug, and Cosmetics Act); and similar responsibilities in *Jones et al. v. Hobbs*, Eighth Circuit Case No. 10-2899 (federal lethal injection in which Arkansas client Bruce E. Ward is a plaintiff; appellants' brief due Nov. 12), and *Jones et al. v. Hobbs*, Pulaski County Circuit Court Case No. CV 2010-1118 (state court lethal injection litigation to which Mr. Ward is a party; ongoing discovery disputes during pendency of motion to dismiss).

4.      Counsel assure the Court that the purpose of this motion is not to unnecessarily delay these proceedings, but instead, to ensure that the numerous and complex issues involved in this capital case are developed and briefed in a thorough and competent manner.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would be due on or before December 13, 2010.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*