## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,          )
          )
        Appellant,      )
          )
   vs.          )      Case No. 10-1304
          )
UNITED STATES OF AMERICA,   )
          )
        Appellee.      )

## <u>MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF</u>

Appellant Norris G. Holder respectfully requests that the Court grant him an extension of nine days within which to file his brief, so that the brief would be due on or before December 22, 2010. Appellant's brief is currently due on December 13, 2010. Counsel for appellant have made substantial progress on the brief, but in light of the complexity of the case, the large number of claims that are certified for appeal, and counsels' competing obligations in other death penalty matters, an additional extension is required in order to ensure that appellant's brief adequately and competently presents the important issues surrounding this capital post-conviction appeal. Counsel state that they will not seek additional extensions beyond the present one.

WHEREFORE, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would be due on or before December 22, 2010.

Respectfully submitted,

/s/ Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*