**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 10-1304** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

COMES NOW appellant Norris G. Holder, by and through counsel, and respectfully requests leave of Court to file an overlength brief consisting of 21,000 words. Appellant states the following grounds for his motion:

1.     Appellant was convicted of two death-eligible offenses, and sentenced to death, for his role in a fatal bank robbery in St. Louis. He now appeals the district court's denial of his post-conviction motion under 28 U.S.C. § 2255. Appellant's brief is due December 22, 2010.

2.     The district court granted a certificate of appealability on a total of six claims for relief, and the underlying record of trial and post-conviction proceedings is unusually extensive even for a death penalty case. The district court's order denying section 2255 relief is 100 pages in length, and its order denying Mr. Holder's Rule 59(e) motion is another 37 pages.

3. Counsel are nearing completion on the brief, which is due in one week. Counsel do not believe that they can comply with the 14,000 word limit without foregoing meritorious attacks on Mr. Holder's convictions and sentences.

WHEREFORE, for all the foregoing reasons, appellant respectfully requests leave to file a brief consisting of no more than 21,000 words.

Respectfully submitted,

/s/ Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt and Mr. Steven D. Holtshouser, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*