# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)

_____

## ORDER

Appellanrt's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and

(B) is granted. Appellant may file a brief not to exceed 21,000 words.

December 15, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans