**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| NORRIS G. HOLDER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **Case No. 10-1304** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee. ) | |

## CERTIFICATE OF SERVICE

On this 22nd day of December, 2010, the Addendum to Appellant's Brief

was filed electronically with the Clerk of the Court to be served by operation of

the Court's electronic filing system upon the following: Mr. Steven E.

Holtshouser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111

South 10th Street, 20th Floor, St. Louis, Missouri 63102.

Respectfully submitted,


/s/ Michael J. Gorla
Michael J. Gorla
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, Missouri 64113
(816) 363-2765
(816) 363-2799 - Facsimile
E-mail: jluby@plic.net

*Attorneys for Appellant*