# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| NORRIS G. HOLDER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 10-1304 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

## CERTIFICATE OF SERVICE

On the 22nd day of December, 2010, a copy of the Appendix to Appellant's

Brief, Volumes I and II, was mailed, postage-prepaid, to Mr. Steven E.

Holtshouser and Mr. Joseph M. Landolt, Counsel for Appellee, Assistant United

States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

Respectfully submitted,


/s/ Michael J. Gorla
Michael J. Gorla
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, Missouri 64113
(816) 363-2765
(816) 363-2799 - Facsimile
E-mail: jluby@plic.net

*Attorneys for Appellant*