# IMMEDIATELY

### APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### NO. _____10-1304_____

Norris Holder, Appellant
_____

**vs.**

United States of America, Appellee
_____


**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**_____

United States of America, Appellee
_____


**s/** John M. Bodenhausen
_____
**ATTORNEY NAME**

U.S. Attorney's Office                                314-539-2200
_____        _____
**FIRM NAME**                                         **OFFICE PHONE NUMBER**

111 South 10th Street, Room 20.333                    314-539-2309
_____        _____
**STREET or P.O. BOX**                                **FACSIMILE NUMBER**

St. Louis, Missouri 63102                             john.bodenhausen @usdoj.gov
_____        _____
**CITY, STATE, ZIP**                                  **E-MAIL ADDRESS**


### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 01/06/11 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____.

                                    **s/** John M. Bodenhausen
                                    _____