| | |
|---|---|
| NORRIS HOLDER, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) No. 10-1304 EMSL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee. | ) |
| | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and John M. Bodenhausen, Assistant United States Attorneys for said District, and requests an extension of time to file Appellee's Brief, as follows:

1. Appellee's Brief is presently due January 24, 2011. This is an appeal from the denial of a §2255 motion arising out of a capital case.

2. AUSA Holtshouser serves as a Supervisor in the U.S. Attorney's Office and supervises 8 AUSA's, including 2 new AUSA's. AUSA Holtshouser is also the lead attorney in 2 other pending capital habeas matters. The first, *Allen v. United States*, No. 4:07CV27 ERW is a case in which the initial response to the §2255 motion has been made and the Government is awaiting a ruling by the District Court. In the case at bar and the *Allen* case the primary trial attorney was AUSA Joseph Landolt and AUSA Holtshouser was only a member of the supporting team. AUSA Landolt is presently serving as the Appellate Chief in this office and has suffered several serious health crises during the past year, which crises required extended absences from the office and

1

hospital stays in Missouri and elsewhere. AUSA Landolt's is scheduled for additional out-of-state medical tests during January, 2011. More detail about his health issues can be provided *ex parte* and under seal, if this Court desires more information. AUSA Landolt is simply not able to represent the Government in the *Allen* and *Holder* cases and therefore, AUSA Holtshouser has assumed the role of lead AUSA in both cases.

The other capital habeas case for which AUSA Holtshouser is the lead, is the recently filed capital §2255 motion in the case of *Robert Bolden, Sr. v. United States*, 4:10CV2288 CEJ. The motion is over 400 pages long and supported by several thousand pages of exhibits. AUSA Holtshouser has enlisted the assistance of other AUSA's with this matter.

An additional, but more serious, conflict is that AUSA Holtshouser has been designated a Special Attorney to the United States Attorney General in a large-scale Ponzi scheme investigation in which the U.S. Attorney's Office for the Eastern District of Missouri is recused and in which the judges of this district have recused themselves. In connection with said investigation AUSA Holtshouser is supervised by the Western District of Missouri and working with another AUSA from that district. It is a complicated investigation that involves activity spanning 10 years, both in and out of the U.S. Following several searches and asset seizures during the Summer of 2010, protracted litigation occurred regarding return of the property in question. This litigation resulted in several rulings, the most significant having been made by a District Court outside this district approximately 2 weeks ago. AUSA Holtshouser will be occupied during the remainder of January and most of February presenting the evidence in the matter to the Grand Jury. In addition, significant travel, some of it out of the country, will be needed to complete the investigation during the coming months. Finally, AUSA Holtshouser is scheduled to attend CLE training at the NAC during the

week of January 24, 2011.

AUSA John Bodenhausen recently entered his appearance in this matter. AUSA Bodenhausen has no prior experience with the *Holder* case or with federal capital jurisprudence. However, AUSA Bodenhausen is providing relief to AUSA Landolt in appellate matters. He also has significant duties as this district's computer crimes expert. In this capacity, he assists other AUSA's in cyber-crime investigations, particularly search and seizure issues. He also handles a full financial frauds caseload. In this regard he has a contested sentencing hearing on January 21, 2011, in the case of *United States v. Shrifteylik*, No. 4:10CR24 JCH, 2 trials set for February 7, 2011, and a response to a §2255 petition due in a fraud case.

Accordingly, the Government requests an extension of 2 months to file Appellee's Brief. The Government respectfully requests an extension to March 24, 2011. The Government consulted with opposing counsel and they do not oppose this request.

**WHEREFORE**, the Government requests an extension to March 24, 2011, to file Appellee's Brief.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 10, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael Gorla
Attorney at Law
720 Olive Street, Suite 2301
St. Louis, MO 63101

Ted Luby
833 Greenwich Green Lane
Chesterfield, MO 63017

/s/Steve E. Holtshouser
Assistant United States Attorney