# DEATH PENALTY LITIGATION CLINIC

**6155 Oak Street, Suite C**
**Kansas City, MO 64113**

**(816) 363-2795**
**(816) 363-2799 Fax**

**dplc@dplclinic.com**
**http://www.dplclinic.com**

**Attorneys**
*Joseph W. Luby*
*Jennifer A. Merrigan*
*Jessica E. Sutton*

March 22, 2011

Michael E. Gans, Clerk
United States Court of Appeals, Eighth Circuit
Thomas F. Eagleton Courthouse, Room 24.329
111 South Tenth Street
St. Louis, MO 63102

>  ***Re: Holder v. United States, No. 10-1304***

Dear Mr. Gans:

I am writing to call the Court's attention to a clerical error in the appellant's opening brief, which was filed December 23, 2010.

On page 28 of the brief, the following excerpt appears from trial counsel's opening statement (from page 65 of Volume 1 of the trial transcript):

> The judge will explain to you later on what malice aforethought means, but ***you are going to find*** that he intended the death of Heflin[.]

In fact, the relevant portion of the transcript reads as follows:

> The judge will explain to you later on what malice aforethought means, but ***you've got to find*** that he intended the death of Heflin.

I apologize for this error, as well as the fact that counsel did not notice it earlier. Please let me know if further steps are required to correct the error.

Sincerely yours,

/s/

Joseph W. Luby
Counsel for Appellant Norris G. Holder

CC, via ECF: John M. Bodenhausen, Steven E. Holtshouser, Joseph M. Landolt, Roger Alan Keller