**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

NORRIS HOLDER,             )
                                   )
            Appellant,      )
                                   )
      v.                   )        No. 10-1304
                                   )
UNITED STATES,         )        **CAPITAL § 2255 PROCEEDING**
                                   )
           Appellee.      )
                                   )

## GOVERNMENT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and John M. Bodenhausen , Assistant United States Attorneys for said District, and requests a second extension of time to file Appellee's Brief, as follows:

1. Appellee's Brief is presently due March 24, 2011. This is an appeal from the denial of a §2255 motion arising out of a capital case. Appellant's Brief was originally due March 23, 2010, but Appellant was granted until December, 2010, to file his brief. In addition, Appellant obtained leave to file an overlength brief of 21,000 words. Appellee previously obtained an extension to file its brief on March 24, 2011. Although, substantial progress has been made on preparing Appellee's brief, the Government cannot complete it by March 24, 2011 for many of the same reasons asserted in the original motion for extension. While the *Billie Allen* capital habeas case has not required resources during the extension period, the *Bolden* capital habeas case has. In addition, a third new AUSA was added to AUSA Holtshouser's supervision responsibilities. Meeting these responsibilities while at the same time handling 2 active capital habeas cases and an investigation

1

of one of the largest Ponzi schemes in the history of this district has been challenging to say the least. AUSA Bodenhausen has been able to master the procedural and factual history of the Holder case, but his own case responsibilities have further limited the ability of the appeal team to complete Appellee's brief. Finally, AUSA Landolt has been of even more limited assistance due to his on-going health issues. Accordingly, the Government respectfully requests an extension to May 24, 2011, to complete Appellee's brief.

In addition, the Government request authorization to submit an overlength brief equal to that filed by Appellant. The factual background of the trial and the habeas hearing are crucial to providing the Court with the assistance it needs to support the Government's claims that Appellant's arguments are without merit. The District Court opinions in the case are lengthy, as is the pertinent sections of the transcript from a 5 week trial and a several day habeas hearing. The Government requests permission to file an overlength brief of 21,000 words.

Accordingly, the Government requests an extension of to May 24, 2011, to file Appellee's Brief and permission to file an overlength brief of 21,000 words. The Government consulted with opposing counsel and they do not oppose this request.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael J. Gorla
720 Olive, Suite 1630
St. Louis, MO 63101
migorla@msn.com

Joseph W. Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
jluby@dplclinic.com

/s/Steve E. Holtshouser
Assistant United States Attorney