# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS HOLDER,      )
            )
      Appellant,     )
            )
    v.        )     No. 10-1304 EMSL
            )
UNITED STATES OF AMERICA,  )     CAPITAL SECTION
            )     2255 PROCEEDING
            )
      Appellee.    )
            )

## GOVERNMENT'S MOTION FOR FINAL EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and John M. Bodenhausen, Assistant United States Attorneys for said District, and requests a final extension of time to file Appellee's Brief, as follows:

1. Appellee's Brief is presently due May 24, 2011. Appellee's Brief is nearly complete, but Assistant United States Attorney Holtshouser has two conflicts that will prevent completion of the brief by the May 24, 2011 deadline. First, Assistant United States Attorney Holtshouser is one of the primary attorney's on the case of United States v. Martin T. Sigillito, et al., No. 4:11CR00168 UNA. That case

1

involves a prosecution in which all the judges of the Eastern District of Missouri have been recused and in which Assistant United States Attorney Holtshouser has been appointed by the Attorney General to work for the United States for the Western District of Missouri to prosecute this Eastern District of Missouri case. The District Judge appointed is United States District Judge Linda R. Reed from the Northern District of Iowa. An indictment was returned in this matter on April 28, 2011, and two of the defendants including Sigillito, had there appearance on May 4, 2011. Assistant United States Attorney Holtshouser has devoted substantial time and attention to the Sigillito case during the preceding year. The case involves the largest Ponzi fraud scheme in the history of the Eastern District of Missouri and alleges an international investment fraud scheme involving over 100 victims and a loss of approximately $52.5 million dollars. The charges and the evidence presented in support of the indictment spanned a decade. The government is preparing to make discovery in this case and the District Court has scheduled a scheduling conference for May 23, 2011. The second primary conflict is that Assistant United States Attorney Holtshouser is scheduled to be out of the country for 10 days beginning May 7, 2011, for personal reasons and upon returning to the office on May 19, 2011 will need to address pending matters in the Sigillito case. However, enough work has been completed on Appellee's Brief that the government believes it can file the brief

without any difficulty by June 24, 2011.

2.     In addition, Assistant United States Attorney Bodenhausen has assisted in the preparation of Appellee's Brief, but was involved in neither the underlying criminal prosecution nor the District Court's proceedings in the present § 2255 case. As such, Assistant United States Attorney Bodenhausen is not able to complete the brief without Mr. Holtshouser.

3.     Counsel for Appellant Holder has not objected to other continuances in the past and the government did not object to numerous continuances sought by counsel for Holder.

**WHEREFORE**, the Government respectfully requests this Honorable Court to grant an extension of time for filing Appellee's Brief in this matter up to and including June 24, 2011.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200


*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael Gorla
Attorney at Law
720 Olive Street, Suite 2301
St. Louis, MO 63101


Joseph Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

/s/Steve E. Holtshouser
Assistant United States Attorney

4