# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)

_____

## ORDER

Appellee's motion for extension of time to file the brief is granted. Appellee may have until July 1, 2011 to file the brief.

June 23, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans