# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**    Mr. Steven E. Holtshouser
cc:    Mr. John M. Bodenhausen
    Mr. Michael J. Gorla
    Mr. Roger Alan Keller Jr.
    Mr. Joseph M. Landolt
    Mr. Joseph Luby

**FROM:**    Jackie P. Polk

**DATE:**    July 01, 2011

**RE:**    10-1304  Norris Holder v. United States

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

_____  ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(11).  Please submit the corrected paper copies of the brief, as well as a corrected disk or CD.

_____  SUMMARY OF THE CASE IS MISSING OR INCOMPLETE. See 8th Cir. R. 28A(i)(1).

_____  CORPORATE DISCLOSURE STATEMENT IS MISSING.  See FRAP 26.1(b).

_____  TABLE OF CONTENTS IS MISSING OR INCOMPLETE.  See FRAP 28(a)(2).

_____  TABLE OF AUTHORITIES IS MISSING OR INCOMPLETE.  See FRAP 28(a)(3).

_____  JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP 28(a)(4)(A)-(D).

     _____ jurisdiction of district court or agency;
     _____ appellate jurisdiction;
     _____ filing dates establishing timelines;
     _____ assertion appeal is from final order or other basis for court's jurisdiction.

_____ STATEMENT OF ISSUES IS MISSING OR INCOMPLETE.  See 8th Cir. R. 28A(i)(2).
    _____most apposite cases not listed;
    _____exceeds maximum of four cases per issue.

_____ STANDARD OF REVIEW IS MISSING.  See FRAP 28(a)(9)(B).

_____ STATEMENT OF THE CASE IS MISSING.  See FRAP 28(a)(6).

_____ STATEMENT OF FACTS IS MISSING.  See FRAP 28(a)(7).

_____ SUMMARY OF ARGUMENT IS MISSING.  See FRAP 28(a)(8).

_____ CERTIFICATE OF COMPLIANCE IS MISSING(For briefs using type/volume limitation).  See FRAP 28(a)(11) and FRAP 32(a)(7)(C).

_____ BRIEF FORMAT IS INCORRECT.  See FRAP 32(a).
    _____Point type size too small;
    _____Margin size too small;
    _____Brief is not double spaced.

__X__ BRIEF IS OVERLENGTH AND CANNOT BE FILED WITHOUT A MOTION FOR PERMISSION TO FILE AN OVERLENGTH BRIEF. PLEASE SUBMIT YOUR MOTION EXPLAINING WHY AN OVERLENGTH BRIEF IS REQUIRED AND WHY YOU FAILED TO COMPLY WITH 8th CIR. R. 28A(k). PLEASE NOTE THAT PERMISSION TO FILE AN OVERLENGTH BRIEF MAY BE DENIED.

_____ SIGNATURE NOT PRESENT.  Please submit a signature page.

_____ CERTIFICATE OF SERVICE NOT PRESENT OR INCOMPLETE.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.