**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 10-1304 EMSL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CAPITAL SECTION |
| | ) | 2255 PROCEEDING |
| | ) | |
| Appellee. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO FILE OVER LENGTH BRIEF**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and John M. Bodenhausen, Assistant United States Attorneys for said District, and requests leave to file an over length brief and in supports thereof states, as follows:

Prior to the due date of the brief, the Government sought leave for a one week extension and for permission to file an over length brief. A copy of the motion and the justification for filing an over length brief is attached hereto. Thereafter, the Court issued what the Government perceived as a general granting of the motion and the Government filed its brief timely on July 1, 2011. The Government had originally requested a brief limit of 36,000 words and the Government's brief was approximately

1

34,000 words. If the prior ruling by the Court granting the Government's motion was not specific as to the over length portion of the motion, then the Government renews that portion of its motion herein and seeks leave to file an over length brief for reasons previously stated.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
JOHN M. BODENHAUSEN
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael Gorla
Attorney at Law
720 Olive Street, Suite 1630
St. Louis, MO 63101

Joseph Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

/s/Steve E. Holtshouser
Assistant United States Attorney

cc:     Attachment
        (Motion for extension of time and over length brief)