# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,           )

                   )

       Appellant,         )

                   )

   vs.                    )        **Case No. 10-1304**

                   )

UNITED STATES OF AMERICA,     )

                   )

       Appellee.          )

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S REPLY BRIEF

Appellant Norris G. Holder seeks an extension of 45 days within which to file his reply brief, so that the brief would be due on or before September 6, 2011. Appellant states as follows in support of his motion:

1. In this death penalty proceeding, appellant Norris G. Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.

2. The government filed its appellee's brief on July 7, 2011, which makes Mr. Holder's reply brief due on July 21, 2011.

3. As previously explained by both parties' previous motions for extension, the present case is unusually complex in both fact and law. Appellant was granted leave to file an opening brief of 21,000 words, or 150 percent of the limit in Fed. R. App. P. 32(a)(7)(B)(i). The government was granted leave to file an appellee's brief of 35,000 words, or 250 percent of the limit. As filed, the

government's brief consists of 33,220 words. The sheer length of the government's brief will require a considerable reply.

4.     Counsel for Mr. Holder face competing professional obligations in the coming weeks. For attorney Gorla, these include the cases of *Richard Strong v. Roper*, No. 4:08-CV-01917 JCH (E.D. Mo.) (capital habeas proceeding under 28 U.S.C. § 2254; 86-page memorandum and order denying relief; non-extendable deadline of July 27, 2011, for motion to alter or amend judgment under Rule 59(e)); *United States v. Kay Young & Kathy Mock*, No. 4:09-CR-679 HEA (E.D. Mo.) (prosecution alleging murder for hire and conspiracy to commit murder for hire; discovery exceeding 5,000 pages; set for trial beginning Sept. 19, 2011); and other matters in municipal, state, and federal court requiring counsel's immediate attention. For attorney Luby, such obligations include *Ward v. Norris*, No. 5:03-CV-00201 JMM (E.D. Ark.) (ongoing development of claim that death-sentenced habeas petitioner is incompetent to be executed, following Governor's setting of execution date and stay of execution issued by Arkansas Supreme Court on other grounds); *Jones et al. v. Hobbs et al.*, No. CV-2010-1118 (Circuit Court of Pulaski County, Ark.) (lethal injection litigation with cross-motions for summary judgment and other motions set for hearing Aug. 15, 2011); and *Cole v. Roper*, No. (U.S. No. 10-10504) (reply brief in support of capital habeas cert

petition to be prepared immediately following filing of respondent's brief on July 18, 2011).

5.      Counsel has consulted opposing counsel with respect to this motion, and opposing counsel does not oppose the requested extension.

WHEREFORE, for all the foregoing reasons, appellant Norris G. Holder respectfully requests that the Court grant him an extension of 45 days, so that his reply brief would be due on or before Sept. 6, 2011.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt, Mr. Steven D. Holtshouser, and Mr. John M. Bodenhausen, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*