# DEATH PENALTY LITIGATION CLINIC

**6155 Oak Street, Suite C**
**Kansas City, MO 64113**

**(816) 363-2795**
**(816) 363-2799 Fax**

dplc@dplclinic.com
http://www.dplclinic.com

**Attorneys**

*Joseph W. Luby*
*Jennifer A. Merrigan*
*Jessica E. Sutton*

August 3, 2011

Michael E. Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

   Re: *Holder v. United States*, No. 10-1304

Dear Mr. Gans:

   Attorney Michael J. Gorla and I are counsel for the Appellant, Norris Holder, in the above-referenced capital case.  In response to the Court's inquiry regarding potential oral argument dates, we respectfully request that the Court avoid the upcoming September and October sessions.

   Particularly problematic is the session scheduled September 19-23.  Beginning on the 19th, Mr. Gorla faces a two- to three-week trial in the case of *United States v. Kay Young, et al*, No. 4:09CR-679 HEA (E.D. Mo.), in which the government alleges murder for hire and conspiracy to commit murder for hire.  In addition, a petition for writ of certiorari is due September 15 following this Court's adverse judgment in the capital habeas case of *Goodwin v. Roper*, No. 10-2816.

   A more fundamental concern is the filing of Appellant's reply brief, which is presently due on September 6.  The government's brief as Appellee is 142 pages in length and consists of 33,220 words – or roughly 240 percent of the word limit set forth in Fed. R. App. P. 32(a)(7)(B)(i).  Considering Mr. Gorla's obligations in *Young*, as well as other obligations faced by both attorneys for Appellant, and also the need for counsel to consult with Mr. Holder in answering the government's brief, we are not confident that the reply brief can be prepared and filed in time for the case to be argued in October.  Counsel anticipate the need to seek an extension of the current September 6 deadline.  We expect, based on previous conversations with opposing counsel, that the government will not oppose such an extension.

   Thank you for your consideration of these matters.  Please let me know if I can provide further information.

       Sincerely yours,

       /s/ Joseph W. Luby
       Joseph W. Luby
       Counsel for Appellant Norris G. Holder