# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,     )
                                )

       Appellant,      )
                                )

   vs.                )       **Case No. 10-1304**
                                )

UNITED STATES OF AMERICA,   )
                                )

       Appellee.       )

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S REPLY BRIEF

Appellant Norris G. Holder seeks an extension of 45 days within which to file his reply brief, so that the brief would be due on or before October 21, 2011. Appellant states as follows in support of his motion:

1.     In this death penalty proceeding, appellant Norris G. Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.

2.     Appellant's reply brief is currently due September 6, 2011, and the Court has granted one previous extension.

3.     As explained by both parties' previous motions for extension, the present case is unusually complex in both fact and law.  Appellant was granted leave to file an opening brief of 21,000 words, or 150 percent of the limit in Fed. R. App. P. 32(a)(7)(B)(i).  The government was granted leave to file an appellee's brief of 35,000 words, or 250 percent of the limit.  As filed, the government's brief

consists of 33,220 words. The sheer length of the government's brief requires a considerable reply, both to the government's legal arguments and also to address a number of factual assertions in appellee's brief.

4.      Counsel for Mr. Holder face competing professional obligations in the coming weeks. Beginning on September 19th, Attorney Gorla faces a two- to three-week trial in the case of *United States v. Kay Young, et al.*, No. 4:09CR-679 HEA (E.D. Mo.), in which the government alleges murder for hire and conspiracy to commit murder for hire. In addition, a petition for writ of certiorari is due September 15 following this Court's adverse judgment in the capital habeas case of *Goodwin v. Roper*, No. 10-2816. Mr. Gorla also represents Roderick Nunley, a state prisoner under sentence of death, in *Nunley v. Bowersox*, No. 4:99CV08001 FJG (W.D. Mo.), in which a supplemental reply is due September 2. Attorney Luby's competing obligations include *Ward v. Norris*, No. 5:03-CV-00201 JMM (E.D. Ark.) (ongoing development of claim that death-sentenced habeas petitioner is incompetent to be executed, following Governor's setting of execution date and stay of execution issued by Arkansas Supreme Court on other grounds); *Ringo v. Lombardi*, No. 09-4095-CV-C-NKL (W.D. Mo.) (lethal injection case with adverse summary judgment granted Aug. 15, 2011, notice of appeal filed Aug. 23, 2011, and briefing to be completed expeditiously); and *Jones et al. v. Hobbs et al.*,

2

No. CV-2010-1118 (Circuit Court of Pulaski County, Ark.) (lethal injection litigation with partial summary judgment granted to both parties on Aug. 15, 2011, with cross-appeals anticipated to the Arkansas Supreme Court).

WHEREFORE, for all the foregoing reasons, appellant Norris G. Holder respectfully requests that the Court grant him an extension of 45 days, so that his reply brief would be due on or before October 21, 2011.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt, Mr. Steven D. Holtshouser, and Mr. John M. Bodenhausen, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*