# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,          )
          )
        **Appellant,**        )
          )
**vs.**            )      **Case No. 10-1304**
          )
**UNITED STATES OF AMERICA,**      )
          )
        **Appellee.**        )

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S REPLY BRIEF

Appellant Norris G. Holder seeks an extension of 30 days within which to file his reply brief, so that the brief would be due on or before November 7, 2011. Appellant states as follows in support of his motion:

1.      In this death penalty proceeding, appellant Norris G. Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.

2.      Mr. Holder's reply brief is currently due October 7, 2011.

3.      As previously explained by both parties' previous motions for extension, the present case is unusually complex in both fact and law.  Appellant was granted leave to file an opening brief of 21,000 words, or 150 percent of the limit in Fed. R. App. P. 32(a)(7)(B)(i).  The government was granted leave to file an appellee's brief of 35,000 words, or 250 percent of the limit.  As filed, the government's brief consists of 33,220 words.  The government's brief requires a

considerable reply in its sheer length and detail.

4. Counsel have made substantial progress on the reply brief. Thus far counsel have drafted reply arguments on all but one of Mr. Holder's claims. Nevertheless, counsel require additional time to consult with each other, federal resource counsel, as well as Mr. Holder himself, in order to finalize the sections already drafted and also to prepare the remainder of the reply brief.

5. Counsel for Mr. Holder have faced, and will continue to face, competing professional obligations. The obligations include, among other things, counsel Gorla's representation of Allan Hunter in *United States v. Allan Hunter, et al.* Case No. #4:11CR246 CDP (E.D. Mo.), a complex multiple defendant Racketeering, Influence and Corrupt Organizations Act (RICO) case, in which counsel faces a pretrial motion deadline of October 14, 2011; counsel Gorla's representation of Roderick Nunley, a death sentenced prisoner, in *Roderick Nunley v. State of Missouri*, in which a petition for certiorari is due to be filed on October 17, 2011; counsel Gorla's representation of Elain Kay Young in *United States v. Elain Kay Young*, et al., No. 4:09CR679 HEA (E.D. Mo.), a complex murder-for-hire case that is now scheduled for a two week jury trial beginning on October 31, 2011; and other matters in municipal, state, and federal court requiring counsel's immediate attention. Counsel Luby continues to be occupied by the lethal injection cases of *Ringo et al. v. Lombardi et al.*, Eighth Circuit Case

No. 11-2839 (appellants' brief nearly finished and to be filed soon), as well as *Jones et al. v. Hobbs et al.*, Nos. CV-2010-1118 (Circuit Court of Pulaski County, Ark.; cross-appeals underway in Arkansas Supreme Court).

6. Counsel are confident that an additional extension of thirty days will allow them to complete the reply and to present Mr. Holder's arguments in a careful and thoroughly-prepared manner.

WHEREFORE, for all the foregoing reasons, appellant Norris G. Holder respectfully requests that the Court grant him an extension of 30 days, so that his reply brief would be due on or before November 7, 2011.

Respectfully submitted,

/s/ Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/ Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Mr. Joseph M. Landolt, Mr. Steven D. Holtshouser, and Mr. John M. Bodenhausen, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*