# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER,      )
        )
      Appellant,      )
        )
    vs.      )      Case No. 10-1304
        )
UNITED STATES OF AMERICA,      )
        )
      Appellee.      )

## APPELLANT'S MOTION FOR LEAVE TO FILE
## AN OVERLENGTH REPLY BRIEF

Appellant Norris G. Holder seeks leave to file a reply brief consisting of 14,000 words in this capital post-conviction proceeding. Mr. Holder states as follows in support of his motion:

1. In this death penalty case, appellant Norris G. Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255.

2.. The present case is unusually complex in both fact and law. Mr. Holder was granted a certificate of appealability on six separate claims, which have been consolidated into five principal arguments on appeal. Appellant was granted leave to file an opening brief of 21,000 words, or 150 percent of the limit in Fed. R. App. P. 32(a)(7)(B)(i). The government was granted leave to file an appellee's brief of 35,000 words, or 250 percent of the limit. As filed, the government's brief consists of 33,220 words and spans 143 pages. The

government's brief requires a considerable reply in its sheer length and detail.

3. Counsel are nearing completion on the reply brief. Based on the length of counsels' working draft, as well as the tasks that remain to be completed, counsel anticipate that a reply brief of 14,000 words will provide for an adequate reply to the government's brief, and will ensure that the important issues in this death penalty appeal are properly and adequately presented.

4. The enlargement sought by Appellant is proportionately less than was afforded to the government. An appellee's brief is presumptively limited to 14,000 words, but the government filed a brief of 33,200 words—or well over twice the limit. *See* Fed. R. App. P. 32(a)(7)(B)(i). In this instance, the 14,000 word reply brief that Appellant seeks to file is twice the presumptive limit. *See* Fed. R. App. P. 32(a)(7)(B)(ii).

WHEREFORE, for all the foregoing reasons, appellant Norris G. Holder respectfully requests leave of Court to file a reply brief consisting of 14,000 words.

Respectfully submitted,

/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@pilc.net

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt, Mr. Steven D. Holtshouser, and Mr. John M. Bodenhausen, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*