November 10, 2011

**CJA Form Letter Check List**

Case Number/Title:        10-1304  Norris G. Holder (aplnt.)  v. United States

PANEL:

SUBMISSION DATE:

AUTHOR:

CASE TYPE:        **Prisoner, fed** x MOE

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:        **Joseph Luby**

CITY & STATE:

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|---|
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #        _____

COMPENSATION        _____

EXPENSES        _____

TOTAL        _____

| ATTACHMENTS: | J-STMNT _____ | OOC MEMO _____ |
|---|---|---|
| | EXP. ITEM _____ | RECPTS. _____ |

STAT. LIMIT _____

<u>NOTES:</u>