November 14, 2011

**CJA Form Letter Check List**

Case Number/Title:     10-1304  Norris Holder v. United States

PANEL:

SUBMISSION DATE:

AUTHOR:

CASE TYPE:     **Prisoner, fed**

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:     **Michael J. Gorla**

CITY & STATE:     **St. Louis,  MO.**

LETTER TYPE:     NORMAPP.LTR     _____          NTAUNRAP.LTR _____

EXAPP.LTR     _____          NTAUEXAP.LTR _____

NOAGNRAP.LTR     _____          DEATHPEN.LTR     _____

NOAGEXAP.LTR     _____          INTERIM.LTR     _____

TRAVEXP.LTR     _____

VOUCHER #     _____

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

ATTACHMENTS:     J-STMNT  _____          OOC MEMO _____

EXP. ITEM _____          RECPTS.     _____

STAT. LIMIT _____

NOTES: