# DEATH PENALTY LITIGATION CLINIC

**6155 Oak Street, Suite C**
**Kansas City, MO 64113**

**(816) 363-2795**
**(816) 363-2799 Fax**

**dplc@dplclinic.com**
**http://www.dplclinic.com**

**Attorneys**

*Joseph W. Luby*
*Jennifer A. Merrigan*
*Jessica E. Sutton*

November 28, 2011

Michael E. Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Re: *Holder v. United States*, No. 10-1304

Dear Mr. Gans:

Attorney Michael J. Gorla and I are counsel for the Appellant, Norris Holder, in the above-referenced capital case, which has not yet been set for oral argument.

I write to advise the court of a conflict with respect to the argument session of January 9-13, 2012, in St. Louis. On the preceding Friday I will be attending the wedding of one of my sisters, Maureen T. Luby, M.D., in Dallas, Texas. That weekend will be something of a family reunion for me, my mother, and my seven older siblings, and, in addition, I will be returning from Dallas to my home in Kansas City by car with my spouse and our three young children (a task I do not wish my spouse to undertake alone).

Although these circumstances do not strictly preclude my participation during the January argument session, they would make a January argument date considerably inconvenient. I therefore respectfully request that the Court refrain from scheduling this matter during the January session.

Sincerely yours,

/s/ Joseph W. Luby

Joseph W. Luby
*Attorney for Appellant Norris G. Holder*