# EIGHTH CIRCUIT COURT OF APPEALS

# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session.  Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case  or cases.  Please file this form immediately by following these steps:

**1) Complete form on-line; 2) Click 'Print to PDF' Button below (print to PDF printer in printer dropdown) or Save form to your computer;  and 3) Log into CM/ECF and docket "Argument Response Form" attaching the completed Oral Argument Response Form.  <span style="color:red">You MUST have a pdf writer to save the form to your computer.  Please review the form before filing it in cm/ecf.</span>**

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of hotels for each city is available on the web at *www.ca8.uscourts.gov*/webcal/visit/hotel.htm

| January | U.S. Courthouse | Missouri, St. Louis |
|---|---|---|

CASE NUMBER(S): 10-1304

CASE TITLE: Norris G. Holder v. United States

ATTORNEY PRESENTING ARGUMENT: Joseph W. Luby

on behalf of the*:  Appellant    Norris G. Holder

Please type party name

ARGUING ATTORNEY ADDRESS:

Office: Death Penalty Litigation Clinic

Address 1: 6155 Oak Street, Suite C

Address 2:

City,State,Zip: Kansas City, MO 64113

PHONE: 816-363-2795

E-MAIL: jluby@dplclinic.com

Print to PDF