**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

NORRIS HOLDER, )
)
       Appellant, )
)
    v. )      No. 10-1304 EMSL
)
UNITED STATES OF AMERICA, )      CAPITAL SECTION
)      2255 PROCEEDING
)
       Appellee. )
)

## <u>GOVERNMENT'S MOTION FOR<br>RESETTING OR ORAL ARGUMENT</u>

**COMES NOW** the United States of America, by and through its attorneys,

Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and

Steven E. Holtshouser and John M. Bodenhausen, Assistant United States Attorneys

for said District, and requests this Court to vacate the oral argument setting for

January 11, 2012 and reset it to a later St. Louis Calendar and in support thereof

states, as follows:

The Government sent a letter dated December 16, 2011, to Michael Gans,

Clerk of the Court, setting forth the reasons for the request. The undersigned prefers

not to set forth the reasons in a public filing as the matters are of a personal and

confidential nature. The Government requests that this Court consider the reasons set

1

forth in the letter.  The undersigned has discussed this request with Michael Gorla, counsel for Appellant Holder, and does not object to the request.

**WHEREFORE**, the Government requests that the oral argument set for January 11, 2012, be vacated and reset to another St. Louis oral argument calendar.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
JOHN M. BODENHAUSEN
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael Gorla
Attorney at Law
720 Olive Street, Suite 1630
St. Louis, MO 63101

Joseph Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

/s/Steve E. Holtshouser
Assistant United States Attorney