MICHAEL J. GORLA
ATTORNEY AT LAW
555 WASHINGTON AVENUE
SUITE 600
ST. LOUIS, MISSOURI 63101

OFFICE: (314) 621-1617
FAX: (314) 621-7448
E-MAIL: mjgorla@msn.com

December 23, 2011

Mr. Michael E. Gans, Clerk
United States Court of Appeals, Eighth Circuit
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

  Re: Norris G. Holder, Appellant v. United States, Appellee
     No. 10-1304

Dear Mr. Gans:

  Attorney Joseph W. Luby and I are appointed counsel for the appellant, Norris Holder, in the above-captioned matter. Mr. Holder's case was originally set for oral argument on January 11, 2012 in St. Louis, Missouri; however, the argument was continued at the request of the appellee and will be rescheduled for a later session.

  I wish to advise the Court of a conflict with respect to the argument session of March 12-16, 2012 in St. Louis. On Monday, March 12, 2012, I will begin a jury trial in the matter of *United States v. Elain Kay Young, et al.*, No. 09CR679 HEA, a murder for hire case pending in the United States District Court for the Eastern District of Missouri. I anticipate that the trial will last anywhere from 8-10 days.

  Although Mr. Luby will present oral argument to the Court, I have represented Mr. Holder throughout post-conviction proceedings, and would like to be present during oral argument. Accordingly, I request that the Court refrain from scheduling oral argument during the March session.

  Thank you for your courtesy and consideration.

       Sincerely yours,


       /s/Michael J. Gorla
       Attorney for Appellant Norris G. Holder

MJG/ljp