# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

NORRIS HOLDER,        )
            )
       Appellant,      )
            )
    v.                )       No. 10-1304 EMSL
            )
UNITED STATES OF AMERICA,    )       CAPITAL SECTION
            )       2255 PROCEEDING
            )
       Appellee.      )
            )

## GOVERNMENT'S SECOND MOTION
## FOR RESETTING ORAL ARGUMENT

**COMES NOW** the United States of America, by and through its attorneys,

Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and

Steven E. Holtshouser and John M. Bodenhausen, Assistant United States Attorneys

for said District, and requests this Court to vacate the oral argument setting for April

18, 2012 and reset it to a later St. Louis Calendar and in support thereof states, as

follows:

The United States is mindful of this Court's preference of having argument

presented by attorneys who were involved in the underlying case / litigation.

Assistant United States Attorney Holtshouser is the lead attorney in this matter and

is the only member of the original trial team that would be available to participate in

1

the oral argument of the case before this Court.

AUSA Holtshouser recently began a large-scale, multi-week fraud trial that is expected to continue well into April. Accordingly, AUSA Holtshouser may not be available to argue the matter and, in any event, will not be in a position to prepare for oral argument. As the present matter involves death penalty litigation, it is important that the case be argued by AUSA Holtshouser.

The present request is not being made for the mere purpose of delay, but rather is being made due to legitimate scheduling conflicts involving the primary attorney for the government.

The Government has notified counsel for Mr. Holder that it will be making this request but has not yet received a response from counsel.

**WHEREFORE**, the Government requests that the oral argument set for April 18, 2012, be vacated and reset to another St. Louis oral argument calendar.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
JOHN M. BODENHAUSEN
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Michael Gorla
Attorney at Law
720 Olive Street, Suite 1630
St. Louis, MO 63101

Joseph Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

/s/Steve E. Holtshouser
Assistant United States Attorney