# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)
_____

## ORDER

The appellee's motion for continuance of oral argument has been considered by the court and is granted.  Counsel will be notified at a later date when this case will be rescheduled for oral argument.

No further requests for continuance will be granted.

March 30, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans