# DEATH PENALTY LITIGATION CLINIC

**6155 Oak Street, Suite C**
**Kansas City, MO 64113**

**(816) 363-2795**
**(816) 363-2799 Fax**

**dplc@dplclinic.com**
**http://www.dplclinic.com**

**Attorneys**

*Joseph W. Luby*
*Jennifer Merrigan*
*Jessica E. Sutton*
*Sonali Shahi**

July 19, 2012

Michael E. Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

      Re:     *Holder v. United States*, No. 10-1304

Dear Mr. Gans:

Attorney Michael J. Gorla and I are counsel for the Appellant, Norris Holder, in the above-referenced capital case, which is fully briefed but is not yet set for oral argument.

I write to advise the Court of a conflict with respect to part of the argument session of September 17-21, 2012, in St. Louis. Specifically, for the dates of Monday, September 17, through Wednesday, September 19, I will be traveling to Chicago for date-specific events in relation to my spouse's 40th birthday. Therefore, I respectfully request that the Court refrain from scheduling the argument during those three days. Nevertheless, I would be available for argument on Thursday the 20th, or preferably, Friday the 21st.

Thank you for your attention to this matter, and please let me know if the Court requires further information.

      Sincerely yours,

      /s/ Joseph W. Luby

      Joseph W. Luby
      *Attorney for Appellant Norris G. Holder*

CC:    Steven E. Holtshouser, via ECF
       Joseph M. Landolt, via ECF
       John M. Bodenhausen, via ECF

---

*Admitted to practice in New York