# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## ORAL ARGUMENT ACCESS

Appeal No.    10-1304   Norris Holder v. United States

Date:        November 15, 2012

**Oral arguments are available in MP3 format.  If the case is argued in St. Louis or St. Paul, recordings of the arguments will be available within 1-2 hours after the case has been argued before the Eighth Circuit.  If the case is argued at a location other than St. Louis or St. Paul, the argument will be available in a few days.**

**Click the link to the right to play the oral argument: PLAY ARGUMENT**