November 30, 2012

**CJA Form Letter Check List**

Case Number/Title: 10-1304 Norris G. Holder (aplnt.) v. United States

PANEL: **WJR, RLW, MJM** x

SUBMISSION DATE: **November 15, 2012** x argued

AUTHOR:

CASE TYPE: **Prisoner, fed** x moe

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME: **Joseph Luby**

CITY & STATE: KC, MO

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|---|
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER # <u>101304303</u>

COMPENSATION _____

EXPENSES _____

TOTAL _____

ATTACHMENTS: J-STMNT _____ OOC MEMO _____

EXP. ITEM _____ RECPTS. _____

STAT. LIMIT _____

<u>NOTES:</u>