December 05, 2012

**CJA Form Letter Check List**

Case Number/Title:    10-1304  Norris Holder v. United States

PANEL:    **WJR,  RLW,  MJM**

SUBMISSION DATE:    **November 15, 2012**

AUTHOR:

CASE TYPE:    **Prisoner, fed**

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:    **Michael J. Gorla**

CITY & STATE:    **Saint Louis,  MO.**

LETTER TYPE:

| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #    10130404

COMPENSATION    _____

EXPENSES    _____

TOTAL    _____

ATTACHMENTS:    J-STMNT  _____        OOC MEMO  _____

EXP. ITEM  _____        RECPTS.    _____

STAT. LIMIT  _____

NOTES: