**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| NORRIS G. HOLDER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 10-1304 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION**
**OF APPOINTED COUNSEL**

Appellant Norris G. Holder, through undersigned counsel, moves the Court to permit attorney Michael J. Gorla to withdraw as counsel for appellant, and for the Court to appoint in his place the Office of the Federal Public Defender for the Eastern District of Arkansas. Mr. Holder states as follows in support of his motion:

1. In this federal death penalty case, appellant Norris G. Holder appeals the district court's denial of post-conviction relief under 28 U.S.C. § 2255. The Court held oral argument on November 15, 2012. In the event that Mr. Holder prevails on his appeal, it is likely that the case will be remanded to the district court for further factual development, to include investigation and an evidentiary hearing. In the event that Mr. Holder's appeal fails, it will be incumbent upon counsel not only to prepare a petition for writ of certiorari in the Supreme Court, but also to prepare for the process of executive clemency—itself a resource-intensive endeavor requiring further investigation.

2. The Federal Capital Habeas Corpus Project has been authorized by

the Judicial Conference's Committee on Defender Services to, among other things, assist federal courts by identifying and recruiting qualified counsel to provide representation in section 2255 proceedings brought on behalf of death-sentenced federal prisoners. With respect to Mr. Holder, the Project has recommended the Federal Public Defender for the Eastern District of Arkansas, which has attorneys who specialize in capital habeas corpus law, as potential counsel to assist Mr. Holder as well as appointed counsel Joseph W. Luby.

3.      The Office of Defender Services has approved the proposed representation pursuant to its out-of-district appointment protocol, according to which the FPDO notified Chief Judge Riley on December 5, 2012.

4.      Mr. Holder has been consulted concerning the proposed change in representation, and he wishes for counsel to be substituted as requested in this motion. The Office of the Federal Public Defender has been consulted and agreed to take any appointment this Court might make.

WHEREFORE, for all the foregoing reasons, undersigned counsel and Mr. Holder request that the Court grant leave to attorney Michael J. Gorla to withdraw as counsel for appellant, and that the Court appoint the Office of the Federal Public Defender for the Eastern District of Arkansas in Mr. Gorla's place.

Respectfully submitted,

/s/  Joseph W. Luby
Joseph W. Luby Mo. Bar. # 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
(816) 363-2795
(816) 363-2799 - Facsimile
Email: jluby@dplclinic.com


/s/  Michael J. Gorla
Michael J. Gorla # 3251
720 Olive Street, Suite 1630
St. Louis, MO 63101
(314) 621-1617
(314) 621-7488 - Facsimile
Email: mjgorla@msn.com


*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  Mr. Joseph M. Landolt, Mr. Steven D. Holtshouser, and Mr. John M. Bodenhausen, Assistant United States Attorneys.

/s Joseph W. Luby
Joseph W. Luby

*Counsel for Appellant*