**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 20, 2012

Mr. Scott Braden
Ms. Jenniffer Morris Horan
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

Mr. Michael J. Gorla
Suite 600
555 Washington Avenue
Saint Louis, MO  63101

      RE:  10-1304  Norris Holder v. United States

Dear Counsel:

      An order appointing the Federal Public Defender to represent appellant in substitution for Mr. Gorla is filed today.  A link to the order is included on the accompanying Notice of Docket Activity. Duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Mr. Gorla will be removed from the service list for this appeal today.

If you have any questions about the case, please contact our office.


Michael E. Gans
Clerk of Court

JMH

Enclosure

cc:  Mr. John M. Bodenhausen
     Mr. Norris G. Holder
     Mr. Steven E. Holtshouser
     Ms. Teri Hanold Hopwood
     Mr. Roger Alan Keller Jr.
     Mr. Joseph M. Landolt
     Mr. Joseph Luby
     Ms. Gayle D. Madden
     Ms. Shannon White
     Mr. James G. Woodward

     District Court Case Number:   4:03-cv-00923-ERW