# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)

_____

## ORDER

Appellant's motion for substitution of the Federal Public Defender in place of Mr. Michael Gorla, appointed under the Criminal Justice Act, is granted.

IT IS ORDERED that Mr. Scott Braden and Jenniffer Horan of the Federal Public Defender for the Eastern and Western District of Arkansas are hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

Mr. Michael Gorla is withdrawn as counsel on this appeal.

December 20, 2012

Order Entered at the Direction of the Court
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans