| 1. CIR./DIST./ DIV. CODE 08C | 2. PERSON REPRESENTED HOLDER, NORRIS G. | | VOUCHER NUMBER 10130403 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:03-000923-001 | 5. APPEALS DKT./DEF. NUMBER x:10-001304-001 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name) U.S. v. Norris Holder | 8. TYPE PERSON REPRESENTED ☐ Adult Defendant  X Appellant  ☐ Other ☐ Habeas Petitioner  ☐ Appellee | 9. REPRESENTATION TYPE ☐ D1 28 U.S.C. § 2254 Habeas   X D3 28 U.S.C. § 2255 ☐ D2 Federal Capital Prosecution   ☐ D4 Other (Specify) |
|---|---|---|

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS<br><br>Joseph W. Luby<br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO 64113<br><br>Telephone Number: 816-363-2795 | 12. COURT ORDER:<br>X O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel ☐ Y Standby Counsel<br>Prior Attorney's Name: _____  Appointment Date: _____<br>**FILED**<br>**DEC 2 6 2012** |
|---|---|

**FILED**

**DEC 2 6 2012**

MICHAEL E. GANS
CLERK OF COURT

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL
Name of Co-Counsel
or Lead Counsel: _____  Appointment Date: _____

13. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

Tax I.D. No. 43152666-6

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____    _____
Date of Order    Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDING |
|---|---|---|
| a. ☐ Pre-Trial  e. ☐ Appeal<br>b. ☐ Trial  f. ☐ Petition for the<br>c. ☐ Sentencing  U.S. Supreme Court<br>d. ☐ Other Post Trial  Writ of Certiorari | g ☐ Habeas Petition  k ☐ Petition for the<br>h ☐ Evidentiary Hearing  U.S. Supreme<br>i. ☐ Dispositive Motions  Writ of Certiorari<br>j. X Appeal | l. ☐ Stay of Execution  o ☐ Other<br>m. ☐ Appeal of Denial of Stay<br>n. ☐ Petition for Writ of Certiorari to the U.S.<br>Supreme Court Regarding Denial of Stay |

## HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ 178 ) | 1.0 | | 1.0 | IN COURT TOTAL Category a 178.00 | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | 35.9 | | | | |
| c. Witness Interviews | .3 | | | | |
| d. Consultation with Investigators & Experts | 2.9 | | | | |
| e. Obtaining & Reviewing the Court Record | 62.9 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 28.1 | | | OUT OF COURT TOTAL Categories b-j 38,234.40 | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | 15.1 | | | | |
| h. Legal Research and Writing | 51.0 | | | | |
| i. Travel | 7.7 | | | | |
| j. Other (Specify on additional sheets) | 10.9 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = 178 ) | 215.80 | 38,413.40 | 214.8 | | |

## CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 540.53 | | 540.53 | |
|---|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | 0 | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 38,952.93 | | 38,952.93 | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| 11/8/2011  TO: 11/16/2012 | | |

21. CLAIM STATUS  Final Payment  X Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   YES  X NO  If yes, were you paid?  YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES  X NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date 11/28/2012

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. 178.56 | 23. OUT OF COURT COMP. 38,000 | 24. TRAVEL EXPENSES 540.53 | 25. OTHER EXPENSES 0 | 26. TOTAL AMT. APPROVED 38,718.53 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER _____ | | DATE 12/19/12 | | 27a. JUDGE CODE -821 |