# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| NORRIS G. HOLDER, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | )      Case No. 10-1304 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee. | ) |

**Appellant's Motion for Extension of Time within which to File a
Motion for Rehearing and Petition for Rehearing En Banc**

Appellant Norris G. Holder moves for a thirty-day extension of time within which to file a motion for rehearing and petition for rehearing en banc. Mr. Holder states as follows in support of his motion:

1.  Death-sentenced prisoner Norris G. Holder appeals from the district court's denial of post-conviction relief under 28 U.S.C. § 2255, as well as the district court's denial of his post-judgment motion under Fed R. Civ. P. 59(e).

2.  The Court issued an opinion affirming the district court's judgment and rulings on July 31, 2013.

3.  Under Fed. R. App. P. 40(a)(1), a motion for rehearing is due within forty-five days of the Court's opinion, or September 14, 2013.

4.  Counsel for Appellant face competing obligations in other capital cases that make compliance with the current filing deadline especially difficult. In

particular, the Missouri Department of Corrections issued a new execution protocol on August 1. Attorney Luby is among the lead counsel for twenty-one prisoners in the lethal injection case of *Zink et al. v. Lombardi et al.*, No. 12-4209-CV-C-NKL (W.D. Mo.), which remains scheduled for a bench trial beginning October 7. Plaintiffs have moved to continue the trial date, but even if that motion is granted, counsel faces additional discovery obligations and substantial motion practice. The change in protocol greatly complicates the litigation, has required extensive consultation with the plaintiffs' expert anesthesiologist, and will require additional filings in the Missouri Supreme Court urging that tribunal not to set execution dates against counsel's clients John E. Winfield and Andre V. Cole. Counsel also faces ongoing briefing obligations in *Bruce Earl Ward. v State*, Ark. Supreme Court Case Nos. 91-36, 98-657, 00-1322 (on motions to recall the mandate).

5. Attorney Braden is relatively new to the litigation, having been appointed by the Court after oral argument in this matter. In addition, he faces competing professional obligations in the matters of *Dansby v. Holder*, 02-cv-4141 in the United States District Court for the Western District of Arkansas, where the district court judge has ordered briefing due in thirty (30) days from the completion of the transcript of the three day evidentiary hearing held July 24, 25,

and 26, 2013. This matter concerns whether Mr. Dansby is competent to proceed in habeas corpus litigation under *Ryan v. Gonzales*, ___ U.S. ___, 133 S. Ct. 696 (2012). In addition to the complex briefing in *Dansby*, Mr. Braden has a hearing currently scheduled for September 18, 2013 in the Circuit Court of Polk County, Arkansas, concerning whether his client is able to make a knowing and intelligent waiver of his state post conviction remedies. *Roberts v. State*, CR 99-70. This matter is expected to take at least one full day and requires a great deal of preparation. Finally, counsel has depositions in *Kemp v. Hobbs*, 03-cv-55, United States District Court for the Eastern District of Arkansas. The district court here granted a number of depositions including one of the State of Arkansas medical examiner in this quadruple homicide. This deposition is currently scheduled for September 12, 2013, and because it is of a highly technical nature will require a great deal of pre-deposition preparation.

6.     Counsel have consulted Mr. Steven Holtshouser, attorney for the United States, who states that he does not oppose the requested extension.

WHEREFORE, for the foregoing reasons, Appellant respectfully requests a thirty day extension of time within which to move for rehearing and rehearing en banc, so that his motion would be due October 14, 2013.

Respectfully submitted,


/s/ Joseph W. Luby
Joseph W. Luby, Mo. Bar 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
816-363-2795 (phone)
816-363-2799 (fax)


/s/ Scott W. Braden
Scott W. Braden, Ark. Bar 2007123
Arkansas Federal Public Defender
1401 W. Capitol, Suite 490
Little Rock, AR 72201
501-324-6114 (phone)
501-324-6130 (fax)

*Attorneys for Norris G. Holder*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Messrs. Steven Holtshouser, Joseph M. Landolt, and John M. Bodenhausen, counsel for appellee.

/s/ Joseph W. Luby

*Counsel for Norris G. Holder*