# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)
_____

## ORDER

The motion of appellee for an extension of time to file a petition for rehearing is granted.

The petition is due October 16, 2013.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or

before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for

rehearing.

September 03, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans