**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| **NORRIS G. HOLDER,** | ) |
| | ) |
| **Appellant,** | ) |
| | ) |
| **vs.** | )　　**Case No. 10-1304** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Appellee.** | ) |

**Appellant's Motion for Extension of Time within which to File a**
**<u>Motion for Rehearing and Petition for Rehearing En Banc</u>**

Appellant Norris G. Holder moves for a seven-day extension of time within which to file a motion for rehearing and petition for rehearing en banc. Mr. Holder states as follows in support of his motion:

1.　Death-sentenced prisoner Norris G. Holder appeals from the district court's denial of post-conviction relief under 28 U.S.C. § 2255, as well as the district court's denial of his post-judgment motion under Fed R. Civ. P. 59(e).

2.　The Court issued an opinion affirming the district court's judgment and rulings on July 31, 2013.

3.　The Court has granted one previous extension of the rehearing deadline, and its order of September 3, 2013, extended the deadline until October 16, 2013.

4.　Appellant seeks a further extension of seven additional days to file a

motion for rehearing and petition for rehearing en banc. In addition to facing pressing duties in other death penalty cases, lead counsel Joseph W. Luby was away from the office for five days last week due to a death in the family. *See* <<http://journalstar.com/lifestyles/announcements/obituaries/shea-bartholomew-robert/article_efe6301c-08c6-590c-8111-75d2838d6577.html>>. Counsel also wishes to have the opportunity to circulate a draft of the motion and petition to Mr. Holder himself, who is located in the United States Penitentiary in Terre Haute, Indiana, and who does not have the ability to receive a draft-motion electronically.

5.      The requested extension of seven additional days will allow counsel to prepare a motion that is suitable for the Court's consideration in this capital case, and which also reflects Mr. Holder's input and participation.

WHEREFORE, for the foregoing reasons, appellant respectfully requests a seven day extension of time within which to move for rehearing and petition for rehearing en banc, so that his motion and petition would be due October 23, 2013.

Respectfully submitted,


/s/ Joseph W. Luby
Joseph W. Luby, Mo. Bar 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
816-363-2795 (phone)
816-363-2799 (fax)


/s/ Scott W. Braden
Scott W. Braden, Ark. Bar 2007123
Arkansas Federal Public Defender
1401 W. Capitol, Suite 490
Little Rock, AR 72201
501-324-6114 (phone)
501-324-6130 (fax)

*Attorneys for Norris G. Holder*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Messrs. Steven Holtshouser, Joseph M. Landolt, and John M. Bodenhausen, counsel for appellee.

/s/ Joseph W. Luby

*Counsel for Norris G. Holder*