**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| NORRIS G. HOLDER, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | No. 10-1304 EMSL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL MATTER** |
| | ) | 28 U.S.C. § 2255 |
| Respondent-Appellee. | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE TO HOLDER'S PETITION FOR REHEARING**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John M. Bodenhausen, Assistant United States Attorney for said District, and respectfully requests a three-week extension of the deadline for filing a response to Holder's Petition for Rehearing. In support of its motion, the Government states as follows:

1. In 1998, petitioner-appellant Norris Holder ("Holder") was sentenced to death for his role in a deadly, take-over style bank robbery. On July 31, 2013, this Court issued an opinion affirming the District Court's denial of Holder's motion for post-conviction relief pursuant to 28 U.S.C. § 2255. See Holder v. United States, 721 F.3d 979 (8th Cir. 2013).

1

2. On October 23, 2013, Holder filed a petition for rehearing and rehearing *en banc*. On November 12, 2013, this Court requested the Government to respond to Holder's petition. The Court directed the Government to file its response by November 22, 2013.

3. The focus of Holder's petition for rehearing is the denial of a hearing on his claim that his trial counsel was ineffective for failing to hire and consult with a trauma expert. See Holder Petition at p. 1. Holder also submitted a lengthy declaration with his petition for rehearing.

4. The Government requests a three-week extension of time to file its response. Throughout the extensive history of Holder's case, including trial, the Government has been represented by Assistant United States Attorney Steven Holtshouser ("AUSA Holtshouser"). AUSA Holtshouser was the lead attorney in this matter, and was specifically responsible for the mental health aspects of the case, including researching, briefing, and arguing those issues in this appeal. AUSA Holtshouser retired earlier this year.

5. While the undersigned has been involved in the instant appeal with respect to some issues, he has had no involvement the alleged failure of Holder's trial counsel to hire a trauma expert. Accordingly, additional time is needed to fully review the factual, procedural, and legal history of the trauma expert issue so that a more complete response can be prepared.

6.      The Government respectfully suggests that a three-week extension, up to and including December 13, 2013, would be sufficient to permit the Government to adequately prepare a response to Holder's petition for rehearing.

**WHEREFORE**, the Government respectfully requests this Honorable Court to grant a three-week extension of time to file its response to Holder's petition for rehearing.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ John M. Bodenhausen
JOHN M. BODENHAUSEN
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7613

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic case filing system upon the following attorneys for Petitioner-Appellant Holder:

Joseph W. Luby                          Scott W. Braden
Death Penal Litigation Clinic           Arkansas Federal Public Defender