NORRIS G. HOLDER,        )
        Appellant,   )
   vs.        )     Case No. 10-1304
        )
UNITED STATES OF AMERICA, )     This is a capital case
        Appellee.    )

**Motion for Leave of Court to File Reply in Support of
Petition for Panel Rehearing and Rehearing En Banc**

Appellant Norris G. Holder requests leave of Court to file reply suggestions in support of his petition for panel rehearing and rehearing en banc. Appellant states as follows in support of this motion:

1. Mr. Holder is under a sentence of death stemming from two convictions relating to a fatal bank robbery in St. Louis in 1997. Following the district court's denial of relief under 28 U.S.C. § 2255, a panel of this Court issued an opinion affirming the denial of relief. *See Holder v. United States*, 721 F.3d 979 (8th Cir. 2013).

2. Following the panel's adverse opinion, Mr. Holder petitioned for rehearing and rehearing en banc under Fed. R. App. P. 35 and 40. The Court directed the Government to file a response to the petition, which it did on December 13, 2013.

3. The Government's opposition raises substantive and procedural questions which are not adequately addressed in the petition for rehearing. Mr. Holder seeks to file a reply so that the Court may reach a fully-informed determination of the pending petition in this death penalty case.

4. A reply in support of the petition has been prepared and has been filed alongside this motion via ECF.

WHEREFORE, for all the foregoing reasons, Mr. Holder respectfully requests leave of court to file a reply in support of his petition for rehearing and rehearing en banc.

Respectfully submitted,

/s/ Joseph W. Luby
Joseph W. Luby, Mo. Bar 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
816-363-2795 (phone)
816-363-2799 (fax)

/s/ Scott W. Braden
Scott W. Braden, Ark. Bar 2007123
Arkansas Federal Public Defender
1401 W. Capitol, Suite 490
Little Rock, AR 72201
501-324-6114 (phone)
501-324-6130 (fax)

*Attorneys for Appellant Norris G. Holder*

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Messrs. Steven Holtshouser, Joseph M. Landolt, and John M. Bodenhausen, counsel for appellee.

/s/ Joseph W. Luby

*Counsel for Appellant*