# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 10-1304

Norris G. Holder

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cv-00923-ERW)

_____

## MANDATE

In accordance with the opinion and judgment of 07/31/2013, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.


November 07, 2014


Clerk, U.S. Court of Appeals, Eighth Circuit