**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**


**DATE:**        November 14, 2014

**RE:**          10-1304  Norris Holder v. United States

**TO:**          Gregory J. Linhares

**FROM:**        James J. Foster


Enclosed are the following records for return to your office:

          Original file:                    Transcript:   2 vols.

          Deposition:                       Sealed:

          Exhibits:

          Other:


          [x]  Case closed                  [ ]  Counsel appointed

          [ ]  Per your request             [ ]  Return to this office


Enclosure(s)

          District Court/Agency Case Number(s):   4:03-cv-00923-ERW

JJF