| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 08C | Holder, Norris G. | | 10130405 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:03-000923-001 | X:10-001304-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| U.S. v. Norris Holder | ☐ Adult Defendant ☐ Appellee<br>☐ Habeas Petitioner ☐ Other (Specify)<br>☑ Appellant | ☐ D1 28 U.S.C § 2254 Habeas (Capital) ☐ D4 Other (Specify)<br>☐ D2 Federal Capital Prosecution ☐ D7 State Clemency<br>☑ D3 28 U.S.C. § 2255 (Capital) ☐ D8 Federal Clemency |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**FILED**

**DEC 30 2014**

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 12. COURT ORDER: |
|---|---|
| Joseph W. Luby<br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO 64113<br><br>Telephone Number: **(816) 363-2795** | ☑ O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel ☐ Y Standby Counsel<br>Prior Attorney's Name: _____ Appointment Date: **MICHAEL E. GANS CLERK OF COURT**<br>(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.<br>(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL |
| 13 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)<br><br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO 64113 | Name of Co-Counsel<br>or Lead Counsel: _____ Appointment Date: _____<br>(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).<br>☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.<br><br>Signature of Presiding Judge or By Order of the Court<br><br>_____ _____<br>Date of Order Nunc Pro Tunc Date<br>(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.<br>☐ YES ☐ NO |

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDING |
|---|---|---|
| a. ☐ Pre-Trial e. ☐ Appeal<br>b. ☐ Trial f. ☐ Petition for the<br>c. ☐ Sentencing U.S. Supreme Court<br>d. ☐ Other Post Trial Writ of Certiorari | g. ☐ Habeas Petition k. ☐ Petition for the<br>gg. ☐ State Court Appearance U.S. Supreme Court<br>h. ☐ Evidentiary Hearing Writ of Certiorari<br>i. ☐ Dispositive Motions<br>j. ☑ Appeal | l. ☐ Stay of Execution o. ☐ Other (Specify)<br>m. ☐ Appeal of Denial of Stay<br>n. ☐ Petition for Writ of p. ☐ Clemency<br>Certiorari to the U.S.<br>Supreme Court Regarding<br>Denial of Stay |

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | 0.00 | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | 7.314.00 | | | | |
| c. Witness Interviews | 531.00 | | | 0.00 | |
| d. Consultation with Investigators & Experts | 7,284.80 | | | | |
| e. Obtaining & Reviewing the Court Record | 905.30 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 3,118.70 | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel 100.5 @ 178 = 17942.40 | 744.70 | | | | |
| h. Legal Research and Writing 56.20 163 = 9160.60 | 6,114.70 | | | | |
| i. Travel 234 @ 180 = 4212.00 | 2,683.30 | | | | |
| j. Other (Specify on additional sheets) 180.4 31,315.00 | 614.00 | | | 31,315.00 | |
| TOTALS: Categories b thru j (RATE PER HOUR = 178/163/180 | | | 180.4 | | |

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | 687.68 | 687.68 |
|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | 223.32 | 223.32 |
| | 32,226 | 32,226.00 |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| FROM: 11/17/2012 TO: 11/7/2014 | | AA |

21. CLAIM STATUS ☑ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☑ YES ☐ NO If yes, were you paid? ☑ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☑ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____ Date 11/10/2014

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| 0 | 31,315.00 | 687.68 | 223.32 | 32,226 |

27. SIGNATURE OF THE PRESIDING JUDGE _____ DATE 12/23/14 27a. JUDGE CODE -821