# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 12, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  Norris G. Holder
          v. United States
          Application No. 14A734
          (Your No. 10-1304)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Alito, who on February 12, 2015, extended the time to and including March 27, 2015.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*

Jacob C. Travers
Case Analyst

RECEIVED

FEB 1 7 2015

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Scott W. Braden
Assistant Federal Defender
Office of the Federal Public Defender
Eastern and Western Districts of Arkansas
1401 West Capitol, Suite 490
Little Rock, AR  72201


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102