# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 26, 2015

Mr. Joseph Luby
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

     RE:  10-1304  Norris Holder v. United States

Dear Counsel:

     Enclosed please find the supplemental CJA 30 voucher in the above-referenced case. Please check our court's web site at www.ca8.uscourts.gov for updated information about the CJA system.

     Please be sure to indicate the period of service covered on the supplemental voucher on item 18 of this voucher.

     A fillable CJA form may be found at the court's website at www.ca8.uscourts.gov/cja-forms-instructions. If you choose to fill out the form online, please copy the information contained in Items 1-14 from the CJA form issued, fill in the hours and expenses claimed and the dates of service, print out the form and sign it. Please attach the CJA form you were provided with your completed form when you submit your voucher for payment.

     If you need any additional assistance, please do not hesitate to contact me at 314-244-2414.

                        Diane M. Hogenmiller
                        Deputy Clerk

Enclosure(s)

     District Court/Agency Case Number(s):  4:03-cv-00923-ERW