# DEATH PENALTY

April 9, 2015

**CJA Form Letter Check List**

Case Number/Title:     10-1304  Norris G. Holder (aplnt.) v. United States

PANEL:     **WJR,  RLW,  MJM** x

SUBMISSION DATE:     **November 15, 2012 x arg**

AUTHOR:     **MJM** x

CASE TYPE:     **Prisoner, fed**

OPINION:     **07/31/2013** x aa

MANDATE ISSUED:     **11/07/2014** x

JUDGMENT:     **07/31/2013**

ATTORNEY NAME:     **Joseph Luby**

CITY & STATE:

| LETTER TYPE: | | | |
|---|---|---|---|
| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #     <u>10130406</u>

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

| ATTACHMENTS: | | | |
|---|---|---|---|
| J-STMNT | _____ | OOC MEMO | _____ |
| EXP. ITEM | _____ | RECPTS. | _____ |

STAT. LIMIT _____

<u>NOTES:</u>