# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 2, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102


Re:  Norris G. Holder
      v. United States
      No. 14-9150
      (Your No. 10-1304)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 25, 2015 and placed on the docket April 2, 2015 as No. 14-9150.



Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst