**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 24, 2015

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

     RE:  10-1304  Norris Holder v. United States

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

               Michael E. Gans
               Clerk of Court

SRD

Enclosure(s)

     District Court/Agency Case Number(s):   4:03-cv-00923-ERW