# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 08, 2015

Mr. Joseph Luby
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

     RE:  10-1304  Norris Holder v. United States

Dear Counsel:

     Your claim in the above-captioned appeal has been approved and certified for payment. You should receive a check in the amount of $9,587.46 in a short time.

     On behalf of the Court I would like to take this opportunity to thank you for your efforts in this case. The Court realizes that a significant amount of time and effort must be devoted to perfecting an appeal. The contribution of your time and professional talent is sincerely appreciated.

     Attorneys who represent indigent litigants render a valuable service to the judicial system. While the client benefits directly from competent legal representation, the courts also benefit from the professional preparation of legal arguments for consideration and disposition of cases on appeal. Once again, thank you for handling this appeal.

                  Michael E. Gans
                  Clerk of Court

JJF

     District Court/Agency Case Number(s):  4:03-cv-00923-ERW