# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 09, 2015

Mr. Joseph Luby
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

    RE:  10-1304  Norris Holder v. United States

Dear Mr. Luby:

    Enclosed please find your recently submitted CJA claim in the referenced appeal. It is being returned to you at this time because with the implementation of the new eVoucher payment system, this office can no longer process paper CJA vouchers.

    Therefore, if you still wish to seek reimbursement for this claim, please contact me at 314-244-2414 or Diane_Hogenmiller@ca8.uscourts.gov and I will set up and issue an electronic eVoucher to you for you to complete and re-submit to seek reimbursement.

        Diane M. Hogenmiller
        Deputy Clerk

Enclosures