# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Capital Habeas Unit

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| **LEIGH M. SKIPPER** | PHONE NUMBER (215) 928-0520 | **HELEN A. MARINO** |
| CHIEF FEDERAL DEFENDER | FAX NUMBER (215) 928-0826 | FIRST ASSISTANT FEDERAL DEFENDER |
| | FAX NUMBER (215) 928-3508 | |

October 22, 2015

Michael E. Gans, Clerk of Court
United States Court of Appeals, Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

    *Re: Norris Holder v. United States, No. 10-1304*

Dear Mr. Gans:

The United States Supreme Court denied certiorari in the above-listed case on Oct. 5, 2015 (U.S. Case No. 14-9150). I prepared and filed the cert petition with aid of this Court's appointment under the Criminal Justice Act.

I am writing to advise the Court that I have taken employment with the Capital Habeas Unit in the Federal Community Defender Office for the Eastern District of Philadelphia. Because that office represents Norris Holder's co-defendant, Billie Allen, I have ceased all work on Mr. Holder's case and for any and all further proceedings. Mr. Holder continues to be represented by the Arkansas Federal Public Defender Office.

Please let me know if you require additional information.

Sincerely yours,

Joseph W. Luby